**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01532-REB

RAUL ARTURO ANDUJO-ANDUJO,

    Petitioner,

v.

JOHN LONGSHORE, Field Director, Immigration and Customs Enforcement;
JEH JOHNSON, Secretary of the Department of Homeland Security;
JOHN MORTON, Director for Immigration and Customs Enforcement; and
ERIC HOLDER, Attorney General, United States of America;

    Respondents.

## SCHEDULING ORDER

**Blackburn, J.**

The matter before me is the **Plaintiffs' Motion For Temporary Restraining Order, Preliminary Injunction, and Order To Show Cause** [#2][1] filed May 30, 2014. A scheduling order should be entered to arrange, schedule, and coordinate the briefing and hearing, if any, necessary to resolve the request for a temporary restraining order as stated in this motion. Other relief sought in the motion will be addressed and resolved in separate proceedings.

**THEREFORE, IT IS ORDERED** as follows:

1. That the applicant shall serve a summons, the **Petition for Writ of Habeas Corpus and Declaratory and Injunctive Relief** [#1], and the **Plaintiffs' Motion For**

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

-2-

**Temporary Restraining Order, Preliminary Injunction, and Order To Show Cause** [#2] on each of the respondents as soon as practicable;

2. That respondents **SHALL FILE** a response[2] to the request for a temporary restraining order, as stated in the **Plaintiffs' Motion For Temporary Restraining Order, Preliminary Injunction, and Order To Show Cause** [#2], by June 9, 2014;

3. That the applicant **SHALL FILE** a reply[3] to the response of the respondents by June 11, 2014;

4. That if necessary, and absent a demonstrated need for a more immediate hearing, the court **SHALL HEAR** the request for a temporary restraining order, as stated in the **Plaintiffs' Motion For Temporary Restraining Order, Preliminary Injunction, and Order To Show Cause** [#2], on **Friday, June 13, 2014**, **commencing at 1:30 p.m. (MDT)**, reserving a total of 90 minutes for the hearing;[4]

5. That the response, reply, and hearing specified in this order **SHALL ADDRESS** only the request of the applicant for a temporary restraining order, while the other relief sought by the applicant shall be addressed and resolved in separate proceedings; and

---

[2] The response is subject to **REB Civ. Practice Standard IV.B.1.**, which limits the number of pages to 15.

[3] The reply is subject to **REB Civ. Practice Standard IV.B.1.**, which limits the number of pages to 10.

[4] The hearing shall be conducted in courtroom A1001 in the Alfred A. Arraj, United States Courthouse Annex, 901 19th Street, Denver, CO 80294. At the outset of the hearing, the court will allocate the available time between the parties.

-3-

6.  That the respondents **SHALL MAINTAIN CUSTODY** of the applicant pending resolution of the **Plaintiffs' Motion For Temporary Restraining Order, Preliminary Injunction, and Order To Show Cause** [#2].

Dated June 2, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge