**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01532-REB

RAUL ARTURO ANDUJO-ANDUJO,

    Petitioner,

v.

JOHN LONGSHORE, Field Director, Immigration and Customs Enforcement;
JEH JOHNSON, Secretary of the Department of Homeland Security;
JOHN MORTON, Director for Immigration and Customs Enforcement; and
ERIC HOLDER, Attorney General, United States of America;

    Respondents.

**ORDER GRANTING MOTION TO EXTEND
TEMPORARY RESTRAINING ORDER**

**Blackburn, J.**

The matter before me is the **Unopposed Motion To Extend Temporary Restraining Order** [#14][1] filed June 25, 2014. The motion is unopposed and is granted.

On June 19, 2014, I entered a **Temporary Restraining Order** [#12]. That order requires the respondents to provide the petitioner with a bond hearing within fourteen (14) days of the date of the order. In his present motion, the petitioner asks that the fourteen day deadline stated in the **Temporary Restraining Order** [#12] be extended to July 22, 2014. As detailed in the motion of the petitioner, logistical issues faced by counsel for the petitioner and by the immigration court which must conduct the bond

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

hearing necessitate this brief extension.

Under FED. R. CIV. P. 65(b)(2), a temporary restraining order expires no more than fourteen days after it is entered, "unless before that time the court, for good cause, extends it for a like period or the adverse party consents to a longer extension." In this case, the petitioner has shown good cause for an extension and the respondents consent to an extension of the extant **Temporary Restraining Order** [#12] through and including July 22, 2014. On that basis, I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Extend Temporary Restraining Order** [#14] filed June 25, 2014, is **GRANTED**;

2. That the extant **Temporary Restraining Order** [#12] entered June 19, 2014, **SHALL REMAIN IN EFFECT** through July 22, 2014;

3. That by July 22, 2014, the respondents **SHALL PROVIDE** the petitioner, Raul Arturo Andujo-Andujo, with an individualized bond hearing under 8 U.S.C § 1226(a);

4. That by July 23, 2014, the petitioner **SHALL FILE** with the court a status report describing the status of this case and whether he intends to seek additional relief in this case;

5. That the extant **Temporary Restraining Order** [#12] filed June 19, 2014, is **AMENDED** and **SUPPLEMENTED** to include the provisions stated in this order; and

6.  That otherwise, the extant **Temporary Restraining Order** [#12] filed June 19, 2014, **SHALL REMAIN** in full force and effect.

Dated June 26, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge