**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01532-REB

RAUL ARTURO ANDUJO-ANDUJO,

    Petitioner,

v.

JOHN LONGSHORE, Field Director, Immigration and Customs Enforcement;
JEH JOHNSON, Secretary of the Department of Homeland Security;
JOHN MORTON, Director for Immigration and Customs Enforcement; and
ERIC HOLDER, Attorney General, United States of America;

    Respondents.

## MINUTE ORDER[1]

    The matter before the court is the **Motion for Leave To File Response To Petition for Writ of Habeas** Corpus [#16][2] filed July 10, 2014.  After reviewing the motion, the file, and the record, it is

    **ORDERED** that on or before March 27, 2015, the government **SHALL FILE** a response to the petitioner's petition for writ of habeas corpus.

    Dated: February 27, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.