**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01532-REB

RAUL ARTURO ANDUJO-ANDUJO,

     Petitioner,

v.

JOHN LONGSHORE, Field Director, Immigration and Customs Enforcement;
JEH JOHNSON, Secretary of the Department of Homeland Security;
JOHN MORTON, Director for Immigration and Customs Enforcement; and
ERIC HOLDER, Attorney General, United States of America;

     Respondents.

## ORDER CONCERNING MOTION TO ADMINISTRATIVELY CLOSE CASE

**Blackburn, J.**

     The matter before me is the **Motion To Administratively Close Case** [#20][1] filed March 18, 2015.  No response has been filed.  I deny the motion, but extend the current deadline for the respondents to file a response to the pending petition for writ of habeas corpus.

     In the motion, the respondents note the case ***Olmos v. Holder, et al.***, 14-1085 currently pending before the United States Court of Appeals for the Tenth Circuit.  According to the respondents, the ruling of the Tenth Circuit in ***Olmos*** will provide a binding rule which will control the ultimate disposition of the above-captioned case.  The respondents seek administrative closure of this case pending a ruling in ***Olmos***.  In a

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

supplement [#22] filed March 24, 2015, the respondents report that a decision in *Olmos* was issued by the Tenth Circuit on March 24, 2015. That decision is contrary to the position taken by the petitioner in the above-captioned case. As outlined by the respondents, it may take as many as 52 days before the Tenth Circuit issues a mandate and the *Olmos* decision becomes final.

Given these circumstances, I find there is good cause to extend the deadline for the respondents to file a response to the petition [#1] of the applicant in this case and I extend that deadline to May 29, 2015. However, the present circumstances do not merit administrative closure of this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Administratively Close Case** [#20] filed March 18, 2015, is denied; and

2. That the deadline for the respondents to file a response to the petition [#1] of the petitioner, as set in my earlier order [#18], is extended to May 29, 2015.

Dated March 27, 2015, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge